Stock Form No. IFI-26 (Rev. 7/17)
Copyright 2017, ILLIANA FINANCIAL, INC. Elmhurst, IL (All Rights Reserved)

Reorder from ILLIANA FINANCIAL, INC.
1-800-942-2240

Form No. IFI-26 (Rev. 7/17)

## RETAIL INSTALLMENT CONTRACT – MOTOR VEHICLE – SIMPLE INTEREST

No. _____

### FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 0.00 |
|---|---|---|---|---|
| 16.95 % | $ 10,395.48 | $ 17,331.00 | $ 27,726.48 | $ 27,726.48 |

**Your payment schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 385.09 | monthly beginning 9/06/18 |
|  | $ N/A |  |

**Security:** You are giving a security interest in the goods being purchased and in any moneys, credits or other property of yours in the possession of the Assignee, on deposit or otherwise.

**Late Charge:** If any payment is ten (10) days late, you will be charged: i) 5% of the installment if the installment is in excess of $200.00; or ii) $10.00 if the installment is for $200.00 or less.

**Prepayment:** You have the right to prepay the unpaid balance in full or in part at anytime without penalty.
See your contract terms below and on the reverse side for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and further information about security interests.

### Itemization of Amount Financed

| 1. Cash Price | $ 15,500.00 |
| Less Cash Downpayment | $ N/A |
| Less Other Downpayment (describe) | $ N/A |
| Value of Trade-In $ N/A Trade $ N/A | |
| Lien Payoff $ N/A | |
| Net To: Trade $ | 0.00 |
| 2. Total Downpayment | $ 0.00 |
| (If negative enter "0" and see "Unpaid Balance Due on Trade-In" below) | |
| 3. Unpaid Balance of Cash Price | $ 15,500.00 |
| Amount Paid to Others for You *WE MAY BE RETAINING A PORTION OF THIS AMOUNT | |
| Unpaid Balance Due on Trade-In N/A | $ 0.00 |
| Year, Make, Model of Buyer's Trade-In (Paid to) | |
| *Insurance Companies: | |
| * _____ | $ 0.00 |
| * _____ | $ N/A |
| * _____ | $ N/A |
| Public Officials (Licenses, Title & Taxes) | $ 1,681.00 |
| *Paid to ERT Service Provider for Optional ERT Fee | $ N/A |
| Other Charges (describe) | |
| *To Doc Prep Fee | $ 150.00 |
| *To _____ | $ N/A |
| *To _____ | $ N/A |
| *To _____ | $ N/A |
| *To _____ | $ N/A |
| *To _____ | $ N/A |
| *To _____ | $ N/A |
| 4. Total Other Charges & Amount Paid to Others for You | $ 1,831.00 |
| 5. Amount Financed (3 + 4) | $ 17,331.00 |

Buyer(s): **JAMAAL WALKER**
(Names)
**8900 W 31ST, BROOKFIELD, IL 60513**
(Address) (City) (State) (Zip)

Buyer(s): _____
(Names)
_____
(Address) (City) (State) (Zip)

Seller: **MYLOR INC. D.B.A. ECONOMY AUTO MART**
(Corporate Firm or Trade Name)
**3333 N WESTERN AVE; CHICAGO, IL 60618**
(Business Address) (City) (State) (Zip)

Seller hereby sells and Buyer or Buyers, jointly and severally, hereby purchase the following motor vehicle with accessories and equipment thereon for the deferred payment price and on the terms set forth in this contract. Buyer acknowledges delivery and acceptance of said motor vehicle.
The vehicle will be used primarily for personal, family, household or agricultural purposes. However, if the following box is checked the vehicle will be used primarily for business or commercial purposes. ☐

| New or Used | Year | Make of Vehicle | Model | Body Style | No. Cyl. | Vehicle Identification Number | Body Color | Odometer | Key No. |
|---|---|---|---|---|---|---|---|---|---|
| Used | 15 | NISSAN | ALTIMA | 4DR | 4 | 1N4AL3AP2FN382722 | SILVER | 34958 |  |

Buyer Promises to pay to the order of Seller at the offices of: _____
(Assignee) located in _____

the Amount Financed shown above together with a Finance Charge on the principal balance of the Amount Financed from time to time unpaid at the rate of **16.95** %
per annum from date until maturity in **71** installments of $ **385.09** each and a final installment of $ **385.09** , beginning on **SEPTEMBER 6TH 2018** and continuing on the same day of each successive month thereafter until fully paid. All payments shall be applied first to accrued Finance Charge and the balance to principal. The Finance Charge has been computed on the scheduled unpaid balances of the Amount Financed on the assumption that all scheduled installments will be paid when due. Guarantor, if any, guarantees collection of all amounts due under this contract upon failure of the Seller to collect from the Buyer named herein. Herein, Holder

Ase II
16-19743

```
                    MYLOR INC. D.B.A. ECONOMY AUTO MART
                    3333 N WESTERN AVE
                    CHICAGO, IL 60618

                              BILL OF SALE
================================================================================
  BUYER:  JAMAAL WALKER                    DOB:              SSN:
  CO-BUYER:                                DOB:              SSN:
  BUYER D/L #:                   CO-BUYER D/L #:
   ADDRESS:  8900 W 31ST, BROOKFIELD, IL 60513
     PHONE:  760-277-7471      STOCK #: 12306       DATE: August  6, 2018
================================================================================
TRADE DESCRIPTION                 | SELL PRICE              15,500.00
                                  | DOC FEE                    150.00
YEAR:         MAKE:               | TAG/TITLE                  194.00
MODEL:              MILEAGE:      | INSURANCE                   N/A
VIN #:                            | SERVICE CONTRACT            N/A
PAYOFF:       N/A                 | GAP INS.                    N/A
                                  | VSI                         N/A
CAR SOLD DESCRIPTION              | TAX                      1,487.00
                                  | TOTAL                   17,331.00
YEAR: 2015   COLOR: SILVER        | TRADE VALUE                 N/A
MAKE: NISSAN       VIN: 1N4AL3AP2FN382722 | CASH DOWN           N/A
MODEL: ALTIMA (or like) MILEAGE: 34958  | BALANCE          17,331.00
================================================================================

The balance to be paid in  72 payments of     385.09
and    final payment of              due
The first payment is due on September  6, 2018 and MONTHLY    THEREAFTER
================================================================================
```

Purchaser agrees that this order includes all of the terms and conditions hereof, that this order cancels and supercedes any prior agreement written or oral. Purchaser agrees to pay the total of payments in accordance with the above payment schedule. This order shall not become binding until accepted by the DEALER or his authorized representative. I have read the face of this order and agree to this purchase price. I hereby certify that I am 18 years of age or older.

THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE, IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

NOTICE: DEALER PROVIDES NO INSURANCE. Buyer agrees to furnish full coverage insurance.

{ } I relinquish all rights to this vehicle and it can be repossessed at any time or place, with or without my knowledge, if this account becomes delinquent.
{ } SOLD AS IS

I MAKE THIS PURCHASE KNOWINGLY WITHOUT ANY GUARANTEE EXPRESSED OR IMPLIED, BY THIS DEALER OR HIS AGENT. I AGREE TO NOTIFY LIENHOLDER, IF
  A. CHANGE OF ADDRESS OCCURS.
  B. CHANGE OF EMPLOYMENT OCCURS.

Purchaser(s) Signature  Date  Accepted By

Purchaser(s) Signature  Date  Accepted By