UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Jamaal D Walker<br><br>Debtor(s) | BK No.: 16-19743<br><br>Chapter: 13<br>Honorable Jack B. Schmetterer |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor's plan is modified post-confirmation by increasing the plan payment to $1,685 a month starting February 2019 until the end of the plan and the increase in payments shall not increase the plan base and to defer the current default to the end of the plan.

Enter:

Dated: 06 Feb 2019

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20120209_bko